UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-2134-STB

IN THE MATTER OF
THE SEALED COMPLAINT
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the United States Attorney's Office prior to April 1, 1999? ___ Yes  _X_ No
   If yes, was it pending in the Central Region? ___ Yes ___ No

2. Did this matter originate from a matter pending in the United States Attorney's Office prior to April 1, 2003? ___ Yes  _X_ No

3. Did this matter originate from a matter pending in the Narcotics Section (Miami) of the United States Attorney's Office prior to May 18, 2003? ___ Yes  _X_ No

4. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? ___ Yes  _X_ No

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

BY: _____
ANDREA G. HOFFMAN
ASSISTANT UNITED STATES ATTORNEY
Court I.D. Number A5500885
11200 N.W. 20th Street
Miami, Florida 33172
Tel: (305) 715-7646
Fax: (305) 715-7639

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
V.
KINSKE SAINT VILUS

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-2134-STB

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about January 1, 2007 - February 7, 2008 in Miami-Dade county, in the Southern District of Florida defendant(s) did, (Track Statutory Language of Offense) enter the United States at a place and at a time not designated by immigration officers,

in violation of Title 8 United States Code, Section(s) 1325(a).

I further state that I am a(n) ICE Special Agent
Official Title
and that this complaint is based on the following facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof: ✓ Yes ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

February 7, 2008            at    Miami, Florida
Date                                 City and State

Stephen T. Brown, United States Magistrate Judge
Name & Title of Judicial Officer           Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joseph J. McBride, being duly sworn, depose and state:

1. I am a Special Agent for Immigration and Customs Enforcement (ICE) and have been so for approximately 6 years. I am currently assigned to the Violent Gang Task (VGTF) Force, Group 23, of the South Florida High Intensity Drug Trafficking Area (HIDTA) Task Force. As an ICE Special Agent, I am responsible for investigating violent criminal street gangs, narcotics smuggling, violations of immigration law and violations of Titles 8, 18 and 21 of the United States Code.

2. Information in this affidavit is based on my personal knowledge and on information provided to me by other officers, agents and other law enforcement personnel during the course of this investigation. This information is not all the information that is known to me about this individual, but only the information necessary to provide probable cause for his arrest.

3. On multiple occasions in 2007 and 2008 Special Agents from ICE, Violent Gang Task Force and Detectives from the Miami-Dade Police Department, Gang Investigations Unit (henceforth "Agents") have conducted field interviews and surveillances of Kinske Saint Vilus. Kinske Saint Vilus is a known and documented (Florida state statue 874.03) member of a criminal street gang known as "UPTOWN". Saint Vilus has been interviewed on a number of occasions and has stated to law enforcement officials that he is well known in Little Haiti and runs a number of "dope holes" (locations known to sell street level narcotics). These interviews have been conducted during the execution of previous search warrants and other enforcement operations in an area known to be controlled by the criminal street gang "UPTOWN".

1

4. During these interviews, Kinske Saint Vilus has provided his full name as "Kinske Saint Vilus" with a date of birth of July 11, 1975. On one occasion after the agents had identified Saint Vilus the Law Enforcement Support Center (LESC) was contacted for database checks. The Law Enforcement Support Center serves as a national enforcement operations center by providing timely immigration status and identity information to local, state and federal law enforcement agencies on aliens suspected, arrested or convicted of criminal activity. The LESC operates 24 hours a day, 7 days a week assisting law enforcement agencies with information gathered from 8 DHS databases, the National Crime Information Center (NCIC), the Interstate Identification Index (III) and other state criminal history indices. Using his name and date of birth it was determined that, Saint Vilus was the listed beneficiary of an I-130 (Petition for Alien Relative) filed by his father Pierre L.P. McCall and was issued Alien Number 028-560-938. Based on a review of his alien file it was determined that Kinske Saint Vilus entered the United States at a place and at a time not designated by immigration officers.

5. Title 8 United States Code, Section 1325(a) states in pertinent part that "Any alien who (1) enters or attempts to enter the United States at any time or place other than as designated by immigration officers, or (2) eludes examination or inspection by immigration officers, or (3) attempts to enter or obtains entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact, shall, for the first commission of any such offense, be fined under Title 18 or imprisoned not more than 6 months, or both, and, for a subsequent commission of any such offense, be fined under Title 18, or imprisoned not more than 2 years, or both.

Based upon the foregoing information, your affiant asserts that probable cause exists to believe that Kinske Saint Vilus entered the United States at a place and at a time not designated by

2

immigration officers.

>FURTHER AFFIANT SAYETH NAUGHT.

_____
JOSEPH J. McBRIDE
Special Agent
Immigration and Customs Enforcement

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 7th DAY
OF FEBRUARY, 2008.

_____
STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

3