UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-MJ-2134-STB

UNITED STATES OF AMERICA

vs.

KINSKE ST.VILUS,

        **Defendant.**
_____/

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby requests dismissal without prejudice all counts of the complaint, against the above named defendant only.

        Respectfully submitted,

        _____
        R. ALEXANDER ACOSTA
        UNITED STATES ATTORNEY

cc:    U.S. Attorney (Andrea G. Hoffman, AUSA)
       U.S. Marshal
       Chief Probation Officer
       Pretrial Services
       AFPD Brian Stekloff

Leave of Court is granted for the filing of the foregoing Dismissal.

Date: 3/17/08

        _____
        STEPHEN T. BROWN
        UNITED STATES MAGISTRATE JUDGE